1  LARA R. SHAPIRO (State Bar No. 227194)
2  4145 Via Marina # 324
   Marina del Rey, CA 90292
3  Telephone:  (310) 577-0870
4  Facsimile:  (424) 228-5351

5  *Of Counsel to*
6  Lemberg & Associates LLC
   A Connecticut Law Firm
7  1100 Summer Street
8  Stamford, CT  06905
   Telephone:  (203) 653-2250
9  Facsimile:  (203) 653-3424

10
   Attorneys for Plaintiff,
11 Leland Hamrick

12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                   SACRAMENTO DIVISION

16
   | Leland Hamrick,                        | Case No.: 2:11-cv-00655-FCD -DAD |
17 |                                        |                                  |
   |                Plaintiff,              | **VOLUNTARY WITHDRAWAL**         |
18 |                                        |                                  |
19 |        vs.                             |                                  |
20 |                                        |                                  |
   | Rickenbacker Group, Inc.; and DOES 1-  |                                  |
21 | 10, inclusive,                         |                                  |
22 |                                        |                                  |
   |                Defendants.             |                                  |
23

24

25

26

27

28

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Leland Hamrick ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff
 */s/ Lara Shapiro*

LARA SHAPIRO
Attorney for Plaintiff

IT IS SO ORDERED:
_____

Honorable _____

2